UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Theodore Sherman Ashby,                  Civil 09-1765 JMR/FLN

       Petitioner,

v.                                        O R D E R

Joan Fabian, Commissioner of
Corrections, and John King, Warden
of MCF-Stillwater,

       Respondents.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 21, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

     1. Petitioner's application for a writ of habeas corpus [#1] is DENIED;

     2. Petitioner's application for leave to proceed *in forma pauperis* [#2] is DENIED; and

     3. This action is DISMISSED WITH PREJUDICE.


DATED: August 10, 2009.           <u>s/James M. Rosenbaum</u>
at Minneapolis, Minnesota        JUDGE JAMES M. ROSENBAUM
                                           United States District Court